**Benjamin A. JOYNER, Plaintiff–Appellant,**

v.

**Sharon PATTERSON, disciplinary hearing officer; Mike McCall, Warden, Lee Correctional Institution; LINDA JOHNSON, Inmate Grievance Coordinator; Ann Hallman, Chief Inmate Grievance Branch; B. Reames, Classification Case Manager; Ms. McNair, Administrative Segregation Case Manager; William R. Byars, Agency Director; James E. Sleigh, Division Director of Operations; James C. Dean, Major of Security; Officer Locklear, Security; Sargeant Roach, Security; Lieutenant Miles, Security; Associate Warden S. Nolan. All defendants except the Agency director is being sued in their individual capacities. William R. Byars is being sued in his official capacity, Defendants–Appellees.**

No. 14–7432.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Benjamin Anthony Joyner, Appellant, pro se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin A. Joyner appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Joyner v. Patterson,* No. 0:13–cv–02675–DCN, 2014 WL 3909531 (D.S.C. Aug. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*